IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-8-BR

| | |
|---|---|
| ANDRENNA JOHNSON ) | |
| ) | |
| Plaintiff ) | **ORDER ALLOWING** |
| ) | **HARRY LORELLO'S** |
| v. ) | **MOTION TO WITHDRAW** |
| ) | |
| OUTBACK STEAKHOUSE OF FLORIDA, ) | |
| LLC ) | |
| ) | |
| Defendant ) | |

Pursuant to Local Civil Rule 5.2, the motion to withdraw is hereby GRANTED and counsel's appearance for Andrenna Johnson in this action is terminated.

SO ORDERED. This __ day of July, 2018.

_____
Hon. Britt
District Court Judge

1